**Synopsis**
**(Complaint)**

| | |
|---|---|
| **Name:** | Zavala Medel, Felipe De Jesus |
| **Address:** (City & State Only) | Mexico |
| **Year of Birth and Age:** | 1960; 64 years |
| **Violations:** | Making False Statement, 18 U.S.C. § 1001 |
| **Penalties:** | Not more than 5 years imprisonment, not more than a $250,000 fine. (Class D felony) 18 U.S.C. §§ 1001, 3559(a). |
| **Supervised Release:** | Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Not more than 3 years, less term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | U.S. Customs and Border Protection, Officer Daniel Flores |
| **Detention Status:** | PC arrest; motion for detention to be filed |
| **Foreign National:** | Yes; Mexico |
| **Foreign Consular Notification Provided:** | Yes |
| **County:** | Franklin |
| **AUSA:** | Alisa Ross |
| **Guidelines apply?** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?** | None |

1

| | |
|---|---|
| **Assessments:** | Count 1: $100.00. 18 U.S.C. § 3013(a)(2)(A) |